REBECCA AND JEREMY TRIPP

VERSUS

DG LOUISIANA, LLC D/B/A DOLLAR
GENERAL STORES, ABC INSURANCE,
AND SHAUNTEL STRAUGHTER

NO. 23-CA-487

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

---

May 07, 2024

Susan Buchholz

Chief Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Susan M. Chehardy,
Jude G. Gravois, and Stephen J. Windhorst

**REHEARING DENIED**

**SMC**
**JGG**
**SJW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **05/07/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-487**

### E-NOTIFIED

29th Judicial District Court (Clerk)
Honorable Timothy S. Marcel (District Judge)
Honorable Lauren D. Rogers (District Judge)

Gregory Sauzer (Appellant)
Mark D. Plaisance (Appellee)

Stephannie M. England (Appellant)
Scott M. Mansfield (Appellee)

Stephen C. Resor (Appellant)

### MAILED

David A. Thomas (Appellee)
Attorney at Law
12345 Perkins Road
Building One
Baton Rouge, LA 70810

Marcus J. Plaisance (Appellee)
Attorney at Law
Post Office Box 1123
Prairieville, LA 70769

Amy Dunn Hotard (Appellant)
Carlina C. Eiselen (Appellant)
Attorneys at Law
365 Canal Street
Suite 1710
New Orleans, LA 70130

Brad W. Cranmer (Appellee)
Collin R. Melancon (Appellee)
Kelley R. Dick, Jr. (Appellee)
Attorneys at Law
404 Europe St.
Baton Rouge, LA 70802